# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

134452

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC: 134452
                                                        COA: 275747
                                                        Wayne CC: 05-004892-01
OSCAR I. PEREZ-GARCIA,
        Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the May 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        KELLY, J., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007                    _____
                                              Clerk

t1128